**Order entered November 29, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-01042-CR**
**No. 05-17-01043-CR**
**No. 05-17-01044-CR**

**JAIME ANTONIO ALVARENGA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-26734-V, F11-26736-V & F11-26739-V**

## ORDER

Before the Court are appellant's November 20, 2017 documents entitled "Objection Filed" which we will construe as motions to supplement the reporter's record under rule 34.6(d) of the rules of appellate procedure. We **GRANT** the motions and **ORDER** official deputy court reporter Robin Washington to file, within **TWENTY DAYS** of the date of this order, a supplemental reporter's record of the March 23, 2015 arraignment hearing.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; to Peri Wood, official court reporter; to Robin Washington, official deputy court reporter, 292nd Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
           JUSTICE